```
McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JEFFREY GORDON DUARTE,<br><br>    Defendants. | 2:04-cr-0092-MCE<br><br>STIPULATION; ORDER |

  Defendant Jeffrey Gordon Duarte, through John Manning, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the status conference scheduled for September 19, 2006.  The parties further stipulate that a status conference be placed on the court's October 3, 2006, calendar.

  After the government provides defense counsel with the last portions of discovery, the parties will attempt to negotiate a settlement in this case.  Some time will be required to do this, with the parties estimating that they will need at least a few weeks.

///

1

1     Accordingly, the parties request that the status conference
2  in this case be continued to October 3, 2006.  The parties
3  further agree that time should be excluded through October 3,
4  2006, from computation under the Speedy Trial Act pursuant to
5  local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) to allow the
6  defendant a reasonable amount of time to prepare his case.

7  DATED: September 13, 2006          Respectfully submitted,

8                                     McGREGOR W. SCOTT
                                      United States Attorney
9
                                      /s/ Kenneth J. Melikian
10
                                      By
11                                       KENNETH J. MELIKIAN
                                      Assistant U.S. Attorney
12

13

14 DATED: September 13, 2006          /s/ Kenneth J. Melikian_____
                                      JOHN MANNING
15                                    Attorney for Defendant
                                       (Signed by Kenneth J. Melikian
16                                    per authorization by John
                                      Manning)
17

18

19      IT IS SO ORDERED.

20 DATED: September 28, 2006

21

22

23                                    _____
                                      MORRISON C. ENGLAND, JR
24                                    UNITED STATES DISTRICT JUDGE

25

26

27

28